*Shimshon Wexler*
*1856 Berkeley Mews NE*
*Atlanta, GA 30329*
*Tel (212)760-2400*
*Fax (917)512-6132*
swexleresq@gmail.com

June 21, 2018

Via CM/ECF
Hon. Judge Roslynn R. Mauskopf
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Re:* 1:18-cv-03066-RRM-SJB Wexler v. Dorsey & Whitney, LLP et al

Dear Judge Mauskopf:

    I write briefly to address the Defendants letter filed today. While I consent to an extension of time to answer or move with respect to the complaint, there should be limited jurisdictional discovery as to the citizenship of each partner of the defendant LLP. Indeed, Your Honor referred to the cases which require that each partner be diverse from plaintiff in the order to show cause.

    Respectfully,

    *s/ Shimshon Wexler*