

JONATHAN M. HERMAN
**Partner & Co-Chair of Commercial Litigation Practice Group**
**(212) 415-9247**
**FAX (646) 607-0943**
herman.jonathan@dorsey.com

VIA ECF

June 21, 2018

The Hon. Roslynn R. Mauskopf
U.S. District Court Judge, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY  11201

    Re:    <u>Wexler v. Dorsey & Whitney LLP</u>, 1:18-cv-3066 (RRM)

Dear Judge Mauskopf:

    I write as counsel for both defendants in this case in response to the letter to Your Honor from plaintiff Shimshon Wexler filed earlier today requesting jurisdictional discovery.

    I apologize for writing a second letter to the Court on the same day, but I believe it would expedite things and save judicial and party resources by my informing the Court that there are no partners of the defendant Dorsey & Whitney LLP with a residence in the State of Georgia, the domicile of plaintiff.  If required, I would be prepared to file an affidavit to that effect.  Accordingly, inasmuch as defendant Artin Betpera is a resident of the State of California, there appears to be complete diversity and no need for jurisdictional discovery.

    Respectfully,

    /s/ Jonathan M. Herman

cc: Shimshon Wexler, Esq.
    Krista E. Bolles, Esq.