*Shimshon Wexler*
*1856 Berkeley Mews NE*
*Atlanta, GA 30329*
*Tel (212)760-2400*
*Fax (917)512-6132*
swexleresq@gmail.com

July 13, 2018

<u>Via CM/ECF</u>
Hon. Judge Roslynn R. Mauskopf
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Re:* 1:18-cv-03066-RRM-SJB Wexler v. Dorsey & Whitney, LLP et al

Dear Judge Mauskopf:

I write pursuant to Your Honor's individual rules to request an extension of time to file a letter response to Defendants letter motion for a pre motion conference (Dkt. 14) until July 30, 2018. Without an extension, the letter would be due on July 17, 2018. There have been no previous requests for an extension of this time. My adversary stated that he would agree to an extension until August 5, 2018 if I agreed to stay all discovery and disclosures and the 26(f) conference but because I refused, he consents only to a one week extension until July 24, 2018 and stated that it is only a 3 page letter that I need to respond to. This extension request does not affect any other scheduled dates.

Respectfully,

*s/ Shimshon Wexler*