*Shimshon Wexler*
*1856 Berkeley Mews NE*
*Atlanta, GA 30329*
*Tel (212)760-2400*

July 16, 2018

<u>Via CM/ECF</u>

*Re:*    1:18-cv-03066-RRM-SJB Wexler v. Dorsey & Whitney, LLP et al

Dear Judge Bulsara:

I request oral argument on Defendants' motion to stay discovery (Dkt. 16).

Very Truly Yours,

/s/ *Shimshon Wexler*