*Shimshon Wexler*
*1856 Berkeley Mews NE*
*Atlanta, GA 30329*
*Tel (212)760-2400*

July 23, 2018

Via  CM/ECF

*Re:*   1:18-cv-03066-RRM-SJB Wexler v. Dorsey & Whitney, LLP et al

Dear Judge Bulsara:

I write to respond to Defendants' letter which "seek[s] clarification" whether certain discovery deadlines are stayed in light of Defendants' motion to dismiss and motion to stay discovery. I respectfully submit that no clarification is warranted.

Prior to the Defendants' letter I had repeatedly asked for a Rule 26f conference and advised the Defendants that Your Honor's Individual Rules state clearly that discovery is not stayed in this precise situation. Specifically, on page 2 and 3 of Your Honor's Rules- https://img.nyed.uscourts.gov/rules/SJB-MLR.pdf , it states:

***Discovery Prior to an Initial Conference and during Pending Motion to Dismiss.*** *There is no automatic stay of discovery, unless authorized by statute, should one or more defendants file a motion to dismiss.Discovery is only stayed if a party files a motion to stay discovery and the Court grants such a motion.*

For the above reasons, Plaintiff states that no clarification is justified.

Thank you,

/s *Shimshon Wexler*