*Shimshon Wexler*
*1856 Berkeley Mews NE*
*Atlanta, GA 30329*
*Tel (212)760-2400*

July 31, 2018

Via CM/ECF

*Re:*   1:18-cv-03066-RRM-SJB Wexler v. Dorsey & Whitney, LLP et al

Dear Judge Bulsara:

I am constrained to respond to Defendants' letter filed today (Dkt. 24). In its letter Defendants accuse me of violating "the spirit, if not the letter, of Your Honor's Individual Rules" by providing additional argument in support of my opposition. "[I]t is fairly standard practice for parties to occasionally send letters or to otherwise file supplemental authority after briefing is complete. Furthermore, although cases from other circuits are not controlling legal authority, the court may find the reasoning of other courts helpful in applying the appropriate legal standards to the facts of this case." (quotations and citations omitted) Delgado v. Ocwen Loan Servicing, LLC, No. 13-CV-4427 (NGG), 2016 WL 4617159, at *7 (E.D.N.Y. Sept. 2, 2016). Thus, Plaintiff's providing a mere two sentences of argument in my second supplemental authority letter and none in my first letter is not in violation of Your Honor's Individual Rules.

Defendants also accuse me of providing misleading argument but in their letter, they pretend that I provided the Court with supplemental authority in the form of a decision in *Republic of Turkey v. Christies, Inc.* on May 14, 2018 when Plaintiff's letter (Dkt. 19) made clear that the decision that he provided the Court with was *Republic of Turkey v. Christies, Inc.* on July 9, 2018 and in fact, I attached the July 9, 2018 decision to my letter. Thus, Defendants entire discussion on a decision I never provided the Court with is meaningless.

Thank you,

/s *Shimshon Wexler*