*Shimshon Wexler*
*1856 Berkeley Mews NE*
*Atlanta, GA 30329*
*Tel (212)760-2400*

August 2, 2018

Via  CM/ECF

  **Re:**    1:18-cv-03066-RRM-SJB Wexler v. Dorsey & Whitney, LLP et al

Dear Judge Bulsara:

I write requesting the Court's assistance in compelling Defendants to participate in a Rule 26f conference which is required to take place by no later than tomorrow. I have conferred with the Defendants and they refuse to participate in a Rule 26f conference. See Attached.

The Defendants take the untenable position that discovery is stayed in this case until their motion to dismiss is decided and while their motion to stay discovery remains pending. The Defendants take their position in light of:

1- Your Honor's Scheduling Order (Dkt. 12) which specifically said on page 2 that "**Prior to the conference, the parties are to comply with the requirements of Fed. R. Civ. P. 26(f)…**…..And a Rule 26(f) conference must be held at least 21 days before the initial conference or before the Court's Rule 16(b) order is due.";
2- Your Honor's Individual Rules **https://img.nyed.uscourts.gov/rules/SJB-MLR.pdf** **which state that: "There is no automatic stay of discovery, unless authorized by statute, should one or more defendants file a motion to dismiss. Discovery is only stayed if a party files a motion to stay discovery and the Court grants such a motion."; and**
3- The basic principle that "[t]he party seeking a stay of discovery bears the burden of showing good cause. The pendency of a dispositive motion is not, in itself, an automatic ground for a stay." *Morien v. Munich Reinsurance America. Inc.*, 270 F.R.D. 65, 66–67 (D.Conn.2010) (internal citation omitted).


The Defendants attempt to act ignorant about the above; and they do not address any of the above 3 reasons for their position that a Rule 26f conference must be held. Rather, Defendants with their letter to the Court (Dkt. 20) taker the frivolous

position that there is some ambiguity on whether a Rule 26f conference must be held and take the position that until the Court provides clarification they will not participate in discovery.

Based on the foregoing Plaintiff requests that the Court compel the Defendants to participate in a Rule 26f conference.

Thank you,

/s *Shimshon Wexler*



Shimshon Wexler <swexleresq@gmail.com>

# RE: Wexler v Dorsey et al.
1 message

**Herman.Jonathan@dorsey.com** <Herman.Jonathan@dorsey.com>  Tue, Jul 31, 2018 at 10:17 AM
To: swexleresq@gmail.com

I have already made my position known to you, both through the motion to stay all discovery and disclosure and through my letter last week to Magistrate Judge Bulsara seeking clarification. I have nothing further to add.


**Jonathan M. Herman**

Partner
Co-Chairman of the Commercial Litigation Practice Group

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

WWW.DORSEY.COM  ::  NEW YORK  ::  BIO  ::  V-CARD

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**D O R S E Y  &  W H I T N E Y  L L P**
51 West 52nd Street
New York, NY 10019-6119
**P:** 212.415.9247   **F:** 646.607.0943   **C:** 212.247.4222

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**CONFIDENTIAL COMMUNICATION**

*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*


**From:** Shimshon Wexler <swexleresq@gmail.com>
**Sent:** Tuesday, July 31, 2018 9:48 AM
**To:** Herman, Jonathan <Herman.Jonathan@dorsey.com>; Bolles, Krista <bolles.krista@dorsey.com>
**Subject:** Wexler v Dorsey et al.


Dear Counsel-


Please let me know whether you intend on participating in a Rule 26f conference. If so, please provide a date and time. If you refuse to participate I will not hesitate to seek the Court's assistance.


On another note, I remain committed to resolving this case but not with your current attitude. If you change your attitude and start

looking at this case realistically and assessing your exposure, I'd be interested in talking resolution.

Shimshon

212-760-2400