*Shimshon Wexler*
*1856 Berkeley Mews NE*
*Atlanta, GA 30329*
*Tel (212)760-2400*

August 2, 2018

<u>Via CM/ECF</u>

*Re:* 1:18-cv-03066-RRM-SJB Wexler v. Dorsey & Whitney, LLP et al

Dear Judge Bulsara:

I write to request an adjournment of the Court's Order moments ago where Your Honor scheduled an in person motion hearing for August 7 at 11am. I have a vacation which had previously been scheduled on that day with my wife. See attached. My wife is a pediatrician and has taken this day off and is unable to take off any other days instead because of her pre planned appointments. I request that the motion hearing be scheduled for August 24, 2018 which is the day that the initial conference is scheduled for which I will be flying in. I have contacted Mr. Herman about this request and he has not responded as of the time of this filing. Because the hearing is only a few days away I'm filing this prior to giving Mr. Herman an adequate amount of time to respond.

Thank you,

/s *Shimshon Wexler*

---------- Forwarded message ----------
From: **Chateau Elan** <reservations@chateauelan.com>
Date: Wed, Jun 20, 2018 at 3:36 PM
Subject: Chateau Elan: Your Reservation Confirmation
To: evieal@gmail.com

View in Browser





Dear Eve Wexler,

Thank you for choosing to experience Château Élan! Below is your confirmation number along with information to make your stay more enjoyable.

Thank you again for staying with us. We look forward to your arrival.

Au revoir!

Holly Logue
Resort Sales Coordinator

## Confirmation Details

| | |
|---|---|
| **Confirmation** | 64A6Z6 |
| **Guest Name** | Eve Wexler |

| | |
|---|---|
| **Arrival Date** | Tuesday, August 7, 2018 |
| **Departure Date** | Wednesday, August 8, 2018 |
| **Room Type** | One King Bed |
| **Total Rate/Package Amount** | $295.00 |
| **Package Details** | Bed & Breakfast Escape<br>A deluxe overnight room in the Inn at Chateau Elan with breakfast for two the following morning in the Versailles Restaurant. Gratuities not included. |

*\*Please note charges will apply for any additions to the package details listed*

## Our Policies

| | |
|---|---|
| **Deposit Policy** | There is a $15 non-refundable booking deposit that will be applied to your reservation upon check in |
| **Cancel Policy** | Should your plans change and you need to cancel your reservation please contact reservations 72 hours (3 days) prior to your arrival date to avoid any additional charges for one night's room and tax. |
| **Check-In Time** | 4:00 PM |
| **Check-Out Time** | 12:00 Noon |
| **Room Tax** | 12% |
| **Resort Fee** | Chateau Elan Winery & Resort assesses a $30.00 Resort Fee per room, per night, plus tax (in addition to room rate). The Resort Fee is a comprehensive inclusion of benefits designed to enhance your resort experience. |
| **State Hotel Motel Fee** | $5.00 per night |

## Contact Us

| | |
|---|---|
| **Main Number** | 678-425-0900 |
| **Toll Free Number** | 1-800-233-WINE |
| **Reservations Number** | 678-425-0900 x41 |
| **Concierge Number** | 678-425-0900 x41 |
| **Website** | www.chateauelan.com |

Directions from Atlanta: Interstate 85 north - exit 126 - turn left - 1st entrance on left. For GPS physical address enter 100 Rue Charlemagne Braselton, Georgia 30517.



## Dining at Château Élan

Decide between our seven restaurants to enjoy a cultural array of dishes and ingredients from regional Southern and All-American to Mediterranean, Classic French, Irish, and healthful Spa Cuisine. The ambiance and settings range from casual to intimate fine dining.

[Explore Food and Drink]



## Château Élan Golf

Château Élan's 63 holes of championship golf offer variety and challenge for golfers of all levels of ability. From the rolling Georgia hills of the Woodlands, to the serene valley lakes on the Château, each course is unique in character and design. Combined with unparalleled customer service, the environment at Château Élan will lend for a truly memorable golf experience. Book your tee time [online](online) and enjoy one of the state's finest courses.

[View Courses]



## Spa at Château Élan

Château Élan's expertly–trained spa therapists aim to give you the ultimate personalized spa experience, and will help you attain whatever results you are looking to achieve, be it to assist in a specific health or wellness need or to simply experience rest, relaxation and rejuvenation. Re–emerge a new person, empowered, energized and revitalized.

[Discover Wellness](#)



    

  

[100 Rue Charlemagne, Braselton, Georgia 30517](#) | 678-425-0900

Hotel Internet Marketing by
Digital Alchemy